# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JUST BE INC.**, an Oregon corporation doing business as **COMPOUND GALLERY**, <br><br> Plaintiff, <br><br> v. <br><br> **MAX BRISENDINE**, <br><br> Defendant. | Case No. 3:18-cv-00537-SB <br><br> ORDER |

**Michael H. Simon, District Judge.**

    United States Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation in this case on May 3, 2019. ECF 11. Magistrate Judge Beckerman recommended the Court grant Plaintiff's motion for default judgment (ECF 9), enter default judgment, and award damages in the amount of $7,317.50. No party has filed objections.

    Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Magistrate Judge Beckerman's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation, ECF 11. The Court GRANTS Plaintiff's motion for default judgment, ECF 9. Plaintiff shall prepare a proposed judgment consistent with Magistrate Judge Beckerman's Findings and Recommendation and submit it to the Court.

**IT IS SO ORDERED.**

DATED this 28th day of May, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge